AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of Missouri

FILED
APR 2 0 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America )
v. )
)
MYRON CORNELIUS WILSON, JR. )  Case No. 4:18 MJ 7134 SPM
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 17, 2018____ in the city of ____St. Louis____ in the ____Eastern____ District of ____Missouri____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(b) and 924(c)(1)(A)(ii) | Count I - Aggravated assault on a federal officer with a firearm<br>Count II - brandishing a firearm in furtherance of a crime |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*
OWEN CUNNINGHAM, Special Agent, FBI
OWEN CUNNINGHAM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/20/2018

_____
*Judge's signature*
Honorable Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*

City and state: St. Louis, Missouri